Acorn Building and Loan Association, appellant, v. Charles Spalenka and Anna Spalenka, appellees. Gen. No. 37,507.

618

 Opinion filed
February 1, 1935.

J. Edward Jones, for appellant. Hershenson & Hershenson, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.